JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CETERA FINANCIAL GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> GILBERT RUSSELL CONRAD, <br><br> Defendant. | Case No.  CV 20-9084-GW-SKx <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

    Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses. This Court retains jurisdiction over the parties to enforce the terms of the settlement.

    IT IS SO ORDERED.

Dated: November 29, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE