1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CETERA FINANCIAL GROUP, INC., | Case No. CV 20-9084-GW-SKx |
| Plaintiff, | **STIPULATED JUDGEMENT AND ORDER** |
| v. | |
| GILBERT RUSSELL CONRAD, | |
| Defendant. | |

This Stipulated Judgment and Order is entered into by and among Plaintiff Cetera Financial Group, Inc. ("Cetera") and Defendant Gilbert Russell Conrad ("Conrad") pursuant to the terms of the executed Settlement Agreement entered into by the parties.

WHEREAS, on or about July 10, 2015, Conrad executed a Promissory Note with Cetera for the principal amount of $600,000 (the "Note");

WHEREAS, Conrad terminated his registration with Summit Brokerage Services, Inc., a Cetera broker-dealer, on or about October 11, 2016;

WHEREAS, as of the date of termination, October 11, 2016, Cetera alleges $188,807.17 was due and owing on the Note (the "Loan Balance");

WHEREAS, on October 2, 2020, Cetera filed its Complaint against Conrad in the United States District Court, Central District of California; Case No.: 2:20-cv-09084, seeking to recover the Loan Balance on the Note, as well as interest accrued on the Note from the date of Conrad's termination, and attorney's fees (the "Action");

WHEREAS, on December 18, 2020, Conrad filed his Answer to the Complaint in the Action, denying the allegations asserted against him; and

WHEREAS, on November 24, 2021, Cetera and Conrad entered into a confidential Settlement Agreement and Mutual Release (the "Settlement Agreement") in which Conrad agreed to pay a total sum of $200,000 (the "Settlement Payment") to Cetera, in equal monthly installments commencing on November 30, 2021 and ending on February 28, 2022 (the "Satisfaction Date"). (Exh. A, *Settlement Agreement*, 1.)

WHEREAS, pursuant to Paragraph 2 of the Settlement Agreement, in the event of an uncured default by Conrad, Cetera is entitled to a judgment in the amount of $200,000, less any payments made by Conrad under Paragraph 1 of the Settlement Agreement. (Exh. A, *Settlement Agreement*, 2(c).)

WHEREAS, the Settlement Agreement contains an attorney's fees provision

1
[PROPOSED] STIPULATED JUDGEMENT AND ORDER

in Paragraph 20.

The Court, having fully considered the matter and good cause appearing hereby ORDERS, ADJUDGES, AND DECREES as follows:

1. Conrad is in default of the terms of the Agreement and has not cured such default pursuant to the terms of the Agreement.

2. As a result of the default, Cetera is entitled to recover $200,000, less payments made by Conrad pursuant to the terms of the Settlement Agreement as follows: $200,000, less $100,000 [amount of partial payments], for a total judgment amount of $100,000.

3. To the extent Cetera prevails in enforcing a default under the Agreement, it shall also be entitled to an award of its reasonable attorney's fees and costs. Cetera's motion for attorney's fees shall filed in accordance with Federal Rule of Civil Procedure, Rule 54(d)(2).

4. This Stipulated Judgment and Order is a final judgment, within the meaning of Federal Rule of Civil Procedure, Rule 54(b).

5. Pursuant to the Settlement Agreement, counsel for Conrad represents and warrants that he has advised his client concerning this Stipulated Judgment and Order, and has discussed and reviewed the terms of the underlying settlement agreement with his client, and that Conrad has read, understands, and knows the contents and effects herein, and enters into the Stipulated Judgment and Order freely and voluntarily.

6. Pursuant to 28 U.S.C. § 1961, Cetera shall be entitled to recover post-judgment interest, at the applicable federal rate, accruing from the date of entry of this judgment.

SO ORDERED:

Dated: June 13, 2022                    _____
                                        HON. GEORGE H. WU,
                                        United States District Judge

2

[PROPOSED] STIPULATED JUDGEMENT AND ORDER